

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-249-CV

ROSS STRATMAN                                            APPELLANT

V.

FRANK R. JELINEK                                          APPELLEE

----------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On July 14, 2008, we sent appellant a second written notice, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid by July 24, 2008. *See* TEX. R. APP. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

---

[1] *See* TEX. R. APP. P. 47.4.

Because appellant has failed to comply with a requirement of rule 42.3(c) and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  July 31, 2008

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).

2